Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BRYGGEN SHIPPING & TRADING AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYGGEN SHIPPING & TRADING AS,

        Plaintiff,

  -against-

PETROEXPORT LTD.,

        Defendant.

---

08 Civ. _____

**08 CV 0093**

CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

---

    I, Michael J. Frevola, attorney for Plaintiff Bryggen Shipping & Trading AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Bryggen Shipping & Trading AS is a privately owned company, is not publicly traded, and has no parent company.

Dated:    New York, New York
             January 4, 2007

                          HOLLAND & KNIGHT LLP

                          By: _____
                               Michael J. Frevola
                               Lissa D. Schaupp
                               195 Broadway
                               New York, NY 10007-3189
                               Tel:   (212) 513-3200
                               Fax:  (212) 385-9010

                               *Attorneys for Plaintiff*
                               *Bryggen Shipping & Trading AS*