AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

BRYGGEN SHIPPING & TRADING AS

**APPEARANCE**

v.

PETROEXPORT LTD.

Case Number: 08 Civ. 93 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT:

PETROEXPORT LTD.

I certify that I am admitted to practice in this court.

| 2/26/2008 | *[signature]* Tulio R. Prieto |
|---|---|
| Date | Signature |

Tulio R. Prieto                     TP 8455
Print Name                          Bar Number

29 Broadway, Suite 1710
Address

| New York | NY | 10006 |
|---|---|---|
| City | State | Zip Code |

| (212) 344-0464 | (212) 797-1212 |
|---|---|
| Phone Number | Fax Number |