UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYGGEN SHIPPING & TRADING AS,<br><br>Plaintiff,<br><br>-against-<br><br>PETROEXPORT LTD.,<br><br>Defendant. | 08 Civ. 0093 (AKH)<br><br>**CONSENT ORDER** |

**WHEREAS**, on or about January 4, 2008, Bryggen Shipping & Trading AS ("Bryggen") filed this action against Petroexport Ltd. ("Petroexport"), and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about January 7, 2008 (collectively, the "Process of Maritime Attachment and Garnishment"); and

**WHEREAS**, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

**WHEREAS**, Bryggen has attached funds that were being routed from or to accounts held by Petroexport in the collective sum of $201,322.80 (the "Security"), which Security presently is in the possession of garnishee ABN AMRO Bank in the following amounts: (1) the amount of $150,000.00; and (2) the amount of $51,322.80; and

**WHEREAS**, Bryggen and Petroexport have agreed to settle Bryggen's claims;

**NOW**, pursuant to the subjoined consent of the attorneys for Bryggen and Petroexport, it is:

**ORDERED** that $160,475.00 of the portion of the Security held by ABN AMRO Bank is to be released and wired to an account of Bryggen's, which account details will be provided in a joint letter from the attorneys of Bryggen and Petroexport to ABN AMRO Bank; and it is further

**ORDERED** that the remainder of the portion of the Security held by ABN AMRO Bank (upon information received from ABN AMRO Bank believed to be $40,847.80) is to be released and wired to Petroexport's designated bank account in accordance with the original wiring instructions accompanying electronic funds transfer (2) set forth above; and it is further

**ORDERED** that this Consent Order likewise shall apply to all further funds frozen by garnishees pursuant to the Process of Maritime Attachment and Garnishment and release of such funds is directed without Bryggen having to apply for a supplemental consent order. **All such frozen amounts shall be transferred in accordance with the original wire instructions.**

Dated: February 28, 2008

| HOLLAND & KNIGHT LLP | CARDILLO & CORBETT |
|---|---|
| By: _____ | By: _____ |
| Michael J. Frevola | Tulio R. Prieto (TP 8455) |
| 195 Broadway | 29 Broadway, Suite 1710 |
| New York, New York 10007 | New York, New York 10006 |
| (212) 513-3516 | (212) 344-0464 |
| (212) 385-9010 fax | (212) 797-1212 |
| michael.frevola@hklaw.com | tprieto@cardillocorbett.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Bryggen Shipping & Trading AS* | *Petroexport Ltd.* |

SO ORDERED: The clerk shall close the file, the complaint is dismissed. AKH

_____   2/29/08
United States District Judge    Date

2