USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYGGEN SHIPPING & TRADING AS,

        Plaintiff,

-against-

PETROEXPORT LTD.,

        Defendant.

08 Civ. 0093 (AKH)

**AMENDED**
**CONSENT ORDER**

---

    **WHEREAS**, on or about January 4, 2008, Bryggen Shipping & Trading AS ("Bryggen") filed this action against Petroexport Ltd. ("Petroexport"), and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about January 7, 2008 (collectively, the "Process of Maritime Attachment and Garnishment"); and

    **WHEREAS**, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

    **WHEREAS**, Bryggen has attached funds that were being routed from or to accounts held by Petroexport in the collective sum of $201,322.80 (the "Security"), which Security presently is in the possession of garnishee BNP Paribas in the following amounts: (1) the amount of $150,000.00; and (2) the amount of $51,322.80; and

**WHEREAS**, Bryggen and Petroexport have agreed to settle Bryggen's claims; and

**WHEREAS**, this Court previously issued its Consent Order dated February 29, 2008, in which the parties erroneously identified the garnishee holding the Security as ABN AMRO Bank;

**NOW**, pursuant to the subjoined consent of the attorneys for Bryggen and Petroexport, it is hereby:

**ORDERED** that the Consent Order dated February 29, 2008 is vacated; and it is further

**ORDERED** that $160,475.00 of the portion of the Security held by BNP Paribas is to be released and wired to an account of Bryggen's, which account details will be provided in a joint letter from the attorneys of Bryggen and Petroexport to BNP Paribas; and it is further

**ORDERED** that the remainder of the portion of the Security held by BNP Paribas (upon information received from BNP Paribas believed to be $40,847.80) is to be released and wired to Petroexport's designated bank account in accordance with the original wiring instructions accompanying electronic funds transfer (2) set forth above; and it is further

**ORDERED** that this Consent Order likewise shall apply to all further funds frozen by garnishees pursuant to the Process of Maritime Attachment and Garnishment and release of such

2

funds is directed without Bryggen having to apply for a supplemental consent order. **All such frozen amounts shall be transferred in accordance with the original wire instructions.**

Dated: March 4, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, New York 10007
(212) 513-3516
(212) 385-9010 fax
michael.frevola@hklaw.com
*Attorneys for Plaintiff*
*Bryggen Shipping & Trading AS*

CARDILLO & CORBETT

By: _____
Tulio R. Prieto (TP 8455)
29 Broadway, Suite 1710
New York, New York 10006
(212) 344-0464
(212) 797-1212
tprieto@cardillocorbett.com
*Attorneys for Defendant*
*Petroexport Ltd.*

**SO ORDERED:**

_____        3-5-08
United States District Judge        Date

3